# Southern District Court of New York UNITED STATES DISTRICT COURT

## DISTRICT OF southern District Court in New York

-------------------------------------------------------------------- X

ALI MOORE,

Plaintiff,

DOCKET NO.: _____

-against-

CENTRAL INTELLIGENCE AGENCY (CIA),

CIA AGENTS DOES 1–10, WILLIAM J. BURNS,

AMAZON CONTENT SERVICES LLC (Amazon Prime Video),

GEN V SHOW PRODUCTION TEAM DOES 1–20,

JOHNS HOPKINS HOSPITAL,

Defendants.

-------------------------------------------------------------------- X

FOURTEENTH AMENDED COMPLAINT
BENCH TRIAL DEMANDED
FEDERAL QUESTION / DIVERSITY JURISDICTION

## PRELIMINARY STATEMENT

Plaintiff Ali Moore respectfully submits this federal civil rights and tort action against Defendants the Central Intelligence Agency (CIA), Amazon Content Services LLC (distributor of *Gen V*), the *Gen V* production team, and Johns Hopkins Hospital, arising from coordinated acts of misrepresentation, exploitation of likeness, and harmful psychological manipulation through the depiction of "Tech Knight" in an episode that referenced Johns Hopkins Hospital.

Plaintiff alleges that Defendants conspired to use the *Gen V* television series as a medium for intimidation, disinformation, and harassment targeting Plaintiff personally. The specific episode involving Johns Hopkins Hospital and the Tech Knight character exploited the institution's reputation and Plaintiff's medical history while serving as a means of interference with Plaintiff's rights, amounting to psychological targeting rooted in government and corporate collaboration.

## JURISDICTION AND VENUE

Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343 because the claims arise under federal constitutional and statutory law.

Venue is proper under 28 U.S.C. § 1391(b) because substantial parts of the events, including Plaintiff's medical treatment and resulting injury, took place in Maryland.

## PARTIES

- Plaintiff: Ali Moore – resident of Baltimore, Maryland.
- Central Intelligence Agency (CIA) – headquartered in McLean, Virginia.
- William J. Burns – Director of the CIA.
- CIA Agents Does 1–10 – unidentified CIA personnel alleged to have coordinated media-related psychological operations.
- Amazon Content Services LLC – owner and distributor of *Gen V* on Amazon Prime Video.
- *Gen V* Production Team Does 1–20 – creative and executive staff responsible for producing and airing the episode involving Tech Knight and Johns Hopkins Hospital.
- Johns Hopkins Hospital – Baltimore-based hospital referenced in the *Gen V* episode, alleged to have knowingly or negligently permitted its name, likeness, and context to be used in ways injurious to Plaintiff.

## FACTUAL ALLEGATIONS

- The *Gen V* episode featuring Tech Knight and Johns Hopkins Hospital included exaggerated and misleading depictions linked to Plaintiff's medical experiences.
- The CIA, in coordination with Amazon and its creative personnel, oversaw or approved the episode for the purpose of intimidation and psychological harassment of the Plaintiff.
- Johns Hopkins Hospital's name and reputation lent credibility to fictionalized depictions, which Defendants used as a cover for deliberate targeting and disinformation intended to spread confusion regarding Plaintiff's health and personal narrative.
- These portrayals constituted a joint effort between the CIA and Amazon to conduct a disinformation campaign under the guise of entertainment, exploiting Plaintiff for purposes unrelated to artistic value.
- Plaintiff has suffered severe emotional distress, reputational damage, and interference with medical privacy rights due to these fabrications and distortions.

## CLAIMS FOR RELIEF

Count I – Violation of Civil Rights (42 U.S.C. § 1983)
Count II – Civil Conspiracy to Deprive Rights (42 U.S.C. § 1985)
Count III – Invasion of Privacy / Exploitation of Medical Context
Count IV – Negligence (Johns Hopkins Hospital)

Count V – Intentional Infliction of Emotional Distress
Count VI – Federal Tort Claims Act – Misconduct by CIA agents & contractors
Count VII – Violations of First and Fourteenth Amendments

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in an amount to be determined at trial;

B. Award punitive damages in the amount of $32 Trillion;

C. Award costs of suit, including attorneys' fees pursuant to 42 U.S.C. § 1988;

D. Issue injunctive relief prohibiting Defendants from continuing such targeted harassment via media and institutional references;

E. Grant all further relief that the Court finds just and proper.

## DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial on all claims so triable.

Respectfully submitted,
Dated: September 29, 2025
Baltimore, Maryland

Ali Moore
2506 Overland Avenue
Baltimore, MD
Tel: 917-821-4909